JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AMAVISCA, | Case No. CV 13-3550 FMO (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FOSS MARITIME COMPANY, | |
| Defendant. | |

This action was tried to a jury during the period December 2–5, 2014, before the undersigned judge. On December 5, 2014, the jury returned the Verdict Form (Docket No. 97). By virtue of and based upon the findings of the jury set forth in the Verdict Form, Judgment is hereby entered in favor of RICHARD AMAVISCA and against Defendant FOSS MARITIME COMPANY in the amount of Four-Hundred and Twenty-Six Thousand and One-Hundred and Fifty Dollars ($426,150.00).

Plaintiff shall further recover costs as allowed by Rule 54(d)(1) of the Federal Rules of Civil Procedure and post-judgment interest as allowed by 28 U.S.C. § 1961.

Dated this 10th day of December, 2014.

/s/
Fernando M. Olguin
United States District Judge